UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GENRIKH  VAPNE,                                                       JUDGMENT
                                                                                    17-CV- 2838 (AMD)
                                   Plaintiff,

       -against-

SONNY PERDUE, BEN CARSON, THOMAS
PRICE, NANCY BERRYHILL, SAMUEL
ROBERTS, and HOWARD ZUCKER,

                                   Defendants.
-----------------------------------------------------------X

      A Decision and Order of Honorable Ann M. Donnelly, United States District Judge, having been filed on May 24, 2017, dismissing the complaint for failure to state a claim; denying the Plaintiff's motion for class certification; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Decision and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

      ORDERED and ADJUDGED that the complaint is dismissed for failure to state a claim; that Plaintiff's motion for class certification is denied; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Decision and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York                                                    Douglas C. Palmer
       May 24, 2017                                                               Clerk of Court

                                                                          by:     */s/ Janet Hamilton*
                                                                                    Deputy Clerk